Kraig Gardner
FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920

Attorneys for Defendant
SAMANTHA CHASLINE RANDALL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CR-07-2073-RHW |
| Plaintiff, | ) |
| | ) |
| vs. | ) ORDER GRANTING MOTION |
| | ) TO MODIFY CONDITIONS |
| SAMANTHA CHASLINE RANDALL, | ) OF RELEASE |
| | ) |
| Defendant. | ) |

BEFORE THE COURT is Defendant's Motion to modify condtions of release (Ct. Rec. 40). For the reasons set forth in Defendant's motion, **IT IS HEREBY ORDERED** that Defendant's Motion to Modify Release Conditions (Ct. Rec. 40) is **GRANTED.**

Condition Number 2. Of the Court's order Denying Motion to Detain and Order Modifying Conditions of Release issued by the Court on August 10, 2007, shall be modified as follows:

Condition Number 2 Shall be modified to read:

2. The previously imposed condition of electronic monitoring is cancelled.

Condition Number 3 Shall be modified to read:

3. The Defendant shall not leave Benton County except to meet with legal representatives from the Federal Defenders of Eastern Washington and Idaho or to attend Court hearings unless previous permission has been given by United States Probation.

ORDER                                                              1

1 **IT IS SO ORDERED.** The district court executive is directed to
2 enter this order and provide copies to counsel and to the United
3 States Probation Office.
4 DATED this 17th day of September, 2007.

```
                                    s/LONNY R. SUKO
                                     LONNY R. SUKO
                              UNITED STATES DISTRICT JUDGE
```