PROB 12C
(7/93)

Report Date: June 23, 2011

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**United States District Court**

JUN 24 2011

for the

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

**Eastern District of Washington**

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Samantha Chasline Randall          Case Number: 2:07CR02073-001

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Coeur d'Alene, Idaho

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 4/8/2008

Original Offense:       Crime on Indian Reservation - Assault With a Dangerous Weapon, 18 U.S.C. §§ 1153 and 113(a)(3)

Original Sentence:      Probation - 60 Months          Type of Supervision: Supervised Release

Asst. U.S. Attorney:    Donald E. Kresse, Jr.          Date Supervision Commenced: 6/3/2011

Defense Attorney:       Federal Defender               Date Supervision Expires: 6/2/2013

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1          **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

           **Special Condition # 20**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

           **Supporting Evidence**:

           On June 3, 2011, Ms. Randall arrived at the Port of Hope Residential Reentry Center (RRC) in order to participate in the 180-day prerelease obligation as ordered by the Court.

           On June 21, 2011, the U.S. Probation Office received information from the RRC alleging that the defendant violated several conditions of supervised release and the requirements of the RRC.

Prob12C
Re: Randall, Samantha Chasline
June 22, 2011
Page 2

On June 20, 2011, at approximately 11:30 p.m., Ms. Randall was directed by a residential technician to come inside the facility, as it was past curfew. The RRC staff had difficulties gaining Ms. Randall's cooperation and became suspicious of her behavior. As such, Ms. Randall was asked to provide a breath sample which she refused to provide.

Shortly thereafter, Ms. Randall left Port of Hope property with an inmate by the name of Kevin Yazzie and did not return to the facility until 3:00 a.m. It was reported by the RRC staff that both individuals appeared intoxicated. When asked to comply with providing a breath sample, Ms. Randall once again refused. A few hours later, 9:25 a.m., Ms. Randall did cooperate and provided a breath sample that produced a BAC of .099. A second BAC was taken at 9:54 a.m. the results of which were .096.

2   **Special Condition # 14**: You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

**Supporting Evidence**: Based on the facts surrounding violation No. 1 and 2, the defendant has been terminated from the Port of Hope Residential Reentry Center and will not be successfully completing their program, as directed by this Court on July 7, 2009.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/22/2011

s/Gayla S. Hunt

Gayla S Hunt
Supervising U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

6/24/11
Date