PROB 12C
(7/93)

Report Date: November 2, 2011

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 0 2 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Samantha Chasline Randall         Case Number: 2:07CR02073-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 4/8/2008

Original Offense:    Crime on Indian Reservation, 18 U.S.C. § 1153 and 113(a)(3)

Original Sentence:   Probation - 60 Months            Type of Supervision: Supervised Release

Asst. U.S. Attorney: Russell E. Smoot                Date Supervision Commenced: 9/8/2011

Defense Attorney:    Federal Defender                Date Supervision Expires: 9/7/2012

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: On October 12, 2011, the offender was directed to report to the probation office on November 1, 2011. The offender failed to report as instructed. This officer attempted to reach Ms. Randall by telephone on November 1, 2011. This officer let the telephone ring 30 times, with no answer at the number provided. |
| 2 | **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.<br><br>**Supporting Evidence**: On November 2, 2011, this officer met with the offender's roommates at the transitional clean and sober housing at Spokane Addiction Recovery Center (SPARC) in Spokane, Washington. The roommates informed this officer that the offender has not been staying at the house as required. They stated that she has "been gone all week." |

3    **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Supporting Evidence**: On November 2, 2011, this officer was informed by the offender's roommates at SPARC that she has been staying at her boyfriend's mother's house. They indicated that the boyfriend was a "Federal client." They further elaborated that the offender's name was Anthony Mines who is presently residing at the residential re-entry center (RRC).

This officer confirmed that Mr. Mines is presently residing at the RRC in Spokane. Mr. Mines was sentenced in the Eastern District of Washington on April 8, 2005, for Possession of a Stolen Firearm, in violation of 18 U.S.C. § 922(j). The roommates also provided this officer with Mr. Mines' cellular telephone number.

One of Ms. Randall's roommates advised the offender that her noncompliant behavior for not attending treatment, and not following the transitional housing rules, would get her kicked out of their program. Ms. Randall responded to the roommate with the following, "I do not care."

4    **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On November 1, 2011, this officer contacted the offender's outpatient treatment provider at SPARC. She relayed that the offender had missed her treatment session scheduled for November 1, 2011.

On November 2, 2011, this officer informed SPARC staff that the offender was not living at their transitional housing. The outpatient treatment counselor at SPARC indicated that the offender would be unsuccessfully discharged from their program, with a report forthcoming.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/02/2011

s/Brenda J. Kuest

Brenda J. Kuest
U.S. Probation Officer

Prob12C
Re: Randall, Samantha Chasline
November 2, 2011
Page 3

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer (Hon. R. F. Whaley, USDJ)

__11/2/11__
Date