PROB 12C
(7/93)

Report Date: November 7, 2011

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 08 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Samantha Chasline Randall         Case Number: 2:07CR02073-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 04/08/2008

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation, 18 U.S.C. § 1153 and 113(a)(3) | |
| Original Sentence: | Probation - 60 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Russell E. Smoot | Date Supervision Commenced: 09/08/2011 |
| Defense Attorney: | Philip E. Nino | Date Supervision Expires: 09/07/2012 |

## PETITIONING THE COURT

**To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on November 2, 2011.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition #2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month.<br><br>**Supporting Evidence**: The offender submitted her monthly supervision report on November 2, 2011. She indicated that her primary residence is located at 1410 West 8th Street in Spokane, Washington. A secondary residence was not listed.<br><br>On November 7, 2011, this officer spoke with Christine Trent, the mother of Anthony Mines. Ms. Trent revealed that the offender has been residing at Ms. Trent's home located at 22 North Willow Road, Apartment 9, in Spokane Valley, Washington. She relayed that Ms. Randall has been staying with her 3 days a week since her release from inpatient treatment at Spokane Addiction Recovery (SPARC) on October 8, 2011. |
| 6 | **Standard Condition #9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer. |

Prob12C
Re: Randall, Samantha Chasline
November 7, 2011
Page 2

**Supporting Evidence**: On November 7, 2011, Christine Trent (Jennings) indicated that she is a convicted felon. Ms. Trent was sentenced in the Eastern District of Washington, docket number 2:92CR00217-001, for Conspiracy to Manufacture and Distribute Over 5 Grams of Cocaine Base, in violation of 21 U.S.C. § 846.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/07/2011

s/Brenda J. Kuest

Brenda J. Kuest
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✔] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

11/8/2011
Date